July 5, 2005

Western Regional Office
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-5696
Fax: (412) 565-3019

Robert V. Barth, Jr., Clerk
United States District Court
 for the Western District
 of Pennsylvania
Grant Street
819 U.S. Post Office & Courthouse
Pittsburgh, Pennsylvania   15219

Re:  <u>Bryan v. Erie County Office of Children & Youth, et al.</u>
     Civil Action No. 03-259 Erie

Dear Mr. Barth:

Please file the enclosed Withdrawal/Entry of Appearance in the above-captioned case.

Thank you.

Sincerely yours,

Rodney M. Torbic
Senior Deputy Attorney General

RMT/pm
Enclosure

cc:  Paul J. Walsh, III, Esquire
     Pamela V. Collis, Esquire
     Jerry S. Eisenberg, Esquire
     George Joseph, Esquire
     Mark E. Mioduszewski, Esquire
     John B. Brautigam, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Withdrawal/Entry of Appearance was served upon the following individuals via electronic mail on July 5, 2005:

Paul J. Walsh, III, Esquire
Pamela V. Collis, Esquire
Gulf Tower, Suite 2300
707 Grant Street
Pittsburgh, PA   15219

Jerry S. Eisenberg, Esquire
One Oxford Centre, Suite 1225
301 Grant Street
Pittsburgh, PA   15219

George Joseph, Esquire
2222 West Grandview Boulevard
Erie, PA   16506

Mark E. Mioduszewski, Esquire
120 West 10th Street
Erie, PA   16501-1461

John B. Brautigam, Esquire
Collen T. Grygier, Esquire
911 Diamond Park
Meadville, PA   16335

By:   /s/ Rodney M. Torbic
Rodney M. Torbic
Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  July 5, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BRYAN, et al.,, <br><br> Plaintiffs, <br><br> v. <br><br> ERIE COUNTY OFFICE OF CHILDREN AND YOUTH; et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-259 Erie <br> ) <br> ) <br> ) <br> ) <br> ) |

### WITHDRAWAL/ENTRY OF APPEARANCE

Please withdraw the appearance of Robert S. Englesberg, Senior Deputy Attorney General, and enter my appearance Rodney M. Torbic, Senior Deputy Attorney General on behalf of Commonwealth of Pennsylvania, Department of Public Welfare, Michael Kazmer and John Petulla in the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:   /s/ Rodney M. Torbic
Rodney M. Torbic
Senior Deputy Attorney General
Attorney I.D. No. 66089

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  July 5, 2005