IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL BRYAN and BONNIE BRYAN, )
husband and wife, individually and as )
parents and natural guardians on behalf of )
their minor child, KB, and KB, )
)
    Plaintiffs, )
)
v. ) C.A. No. 03-259 Erie
)
ERIE COUNTY OFFICE OF CHILDREN )
& YOUTH, et al., )
)
    Defendants. )

## ORDER

AND NOW, to-wit, this  6th  day of February, 2006, it is hereby ORDERED, ADJUDGED AND DECREED THAT in order to assist the court in considering the motions to dismiss filed by the defendants, the parties shall notify the court on or before February 21, 2006 of the status of any pending appeal(s) before the Commonwealth Court of Pennsylvania or any other matter currently pending before any Pennsylvania state court which may arguably be related to the above-entitled action.

                                                           */s/ Maurice B. Cohill, Jr.*
                                                           Maurice B. Cohill, Jr.
                                                           Senior United States District Court Judge

cc: counsel of record