**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

PAUL BRYAN,                                    :
                                               :
                    Plaintiff,                 :
                                               :
            v.                                 :  Civil Action No.  03-259
                                               :  Judge Maurice B. Cohill, Jr.
BONNIE BRYAN, et al.,                          :
                                               :
                    Defendants.                :
                                               :

<u>NOTICE OF APPEARANCE</u>

AND NOW, comes the defendants, Department of Public Welfare, Western Region Office of Children Youth and Families, Michael J. Kazmer, and John Petulla, by their attorneys, Thomas W. Corbett Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submits the following:

1.      Please enter the appearance of Craig E. Maravich, Deputy Attorney General, for defendants, Department of Public Welfare, Western Region Office of Children Youth and Familes, Michael J. Kazmer, and John Petulla in the above captioned case.

                              Respectfully submitted:

                              Thomas W. Corbett, Jr.
                              Attorney General

                    By:     <u>/s/ Craig E. Maravich      </u>
                              CRAIG E. MARAVICH
                              Deputy Attorney General
                              Attorney I.D. No. 86219
                              Susan J. Forney
                              Chief Deputy Attorney General
                              Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

February 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

John B. Brautigam
Culbertson, Weiss, Schetroma & Schug
201 Chestnut Street
Suite 200
Meadville, PA 16335

John M. Dawson
Culbertson, Weiss, Schetroma & Schug
201 Chestnut Street
Suite 200
Meadville, PA 16335

By:     /s/  Craig E. Maravich
        CRAIG E. MARAVICH
        Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219