IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAUL BRYAN,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Civil Action No. 03-259 |
| | : Judge Maurice B. Cohill, Jr. |
| **BONNIE BRYAN, et al.,** | : |
| | : |
| **Defendants.** | : |
| | : |

## MOTION TO WITHDRAW APPEARANCE

AND NOW, comes the defendants, Department of Public Welfare, Western Region Office of Children Youth and Families, Michael J. Kazmer, and John Petulla, by their attorneys, Thomas W. Corbett Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1.   Please withdraw the appearance of Rodney M. Torbic, Senior Deputy Attorney General in the above-captioned case.

                                                Respectfully submitted:

                                                Thomas W. Corbett, Jr.
                                                Attorney General

                                   By:    /s/ Craig E. Maravich_____
                                               CRAIG E. MARAVICH
                                               Deputy Attorney General
                                               Attorney I.D. No. 86219
                                               Susan J. Forney
                                               Chief Deputy Attorney General
                                               Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

February 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, I electronically filed the foregoing *Motion to Withdraw Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

John B. Brautigam
Culbertson, Weiss, Schetroma & Schug
201 Chestnut Street
Suite 200
Meadville, PA 16335

John M. Dawson
Culbertson, Weiss, Schetroma & Schug
201 Chestnut Street
Suite 200
Meadville, PA 16335

By:   /s/  Craig E. Maravich
CRAIG E. MARAVICH
Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219