IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BRYAN, et al. | : |
| Plaintiff, | : |
| v. | : Civil Action No. 03-259 |
| ERIE COUNTY OFFICE OF CHILDREN AND YOUTH ~~BONNIE BRYAN~~, et al., | : Judge Maurice B. Cohill, Jr. |
| Defendants. | : |

### ORDER OF COURT

AND NOW, to-wit, this **13th** day of **February** 2006, upon consideration of the foregoing motion, it is hereby ORDERED that the withdrawal of appearance of Rodney M. Torbic, Senior Deputy Attorney General, in the above-captioned case is GRANTED.

BY THE COURT:

*Maurice B. Cohill, Jr.*
MAURICE B. COHILL, JR.
United States District Court
Western District of Pennsylvania