IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BRYAN and BONNIE BRYAN, Husband and Wife, individually and as Parents and Natural Guardians on behalf of their minor child, KB, and KB, *Plaintiffs*,<br><br>vs.<br><br>ERIE COUNTY OFFICE OF CHILDREN & YOUTH; *et al.*, *Defendants*. | C.A. No. 03-259 Erie<br>Electronically Filed |

**Praecipe for Substitution of Appearance**

TO:   Prothonotary

Please substitute the Appearance of Alan R. Shaddinger, Esquire, in place of John B. Brautigam, Esquire, and John M. Dawson, Esquire, as counsel on behalf of Plaintiffs, Paul Bryan and Bonnie Bryan, husband and wife, individually and as parents and natural guardians on behalf of their minor child, KB, and KB, in the above-captioned matter.

Respectfully submitted,

CULBERTSON, WEISS, SCHETROMA and SCHUG, P.C.

By: _____s/Alan R. Shaddinger_____
**Alan R. Shaddinger, Esquire**
Attorneys for Plaintiffs
911 Diamond Park
Meadville, Pennsylvania 16335
Phone: (814) 336-6500
Fax: (814) 336-6510
E Mail: ashadd@zoominternet.net
PA Bar #: PA27427