IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BRYAN and BONNIE BRYAN, Husband and Wife, individually and as Parents and Natural Guardians on behalf of their minor child, KB, and KB, *Plaintiffs*,<br><br>vs.<br><br>ERIE COUNTY OFFICE OF CHILDREN & YOUTH; *et al.*, *Defendants*. | C.A. No. 03-259 Erie<br>Electronically Filed |

**Status Report Pursuant to Court Order Dated February 6, 2006**

On this 21st day of February, 2006, pursuant to the Order of this Court dated February 6, 2006, Plaintiffs, Paul Bryan and Bonnie Bryan, Husband and Wife, individually and as Parents and Natural Guardians on behalf of their minor child, KB, and KB, by their Attorneys, Culbertson, Weiss, Schetroma and Schug, P.C., file this report on the status of related actions pending in the Courts of Pennsylvania:

1. There is pending before the Commonwealth Court of Pennsylvania an appeal of Plaintiffs, Paul and Bonnie Bryan, from an Order of the Secretary of the Pennsylvania Department of Public Welfare entered October 27, 2005 upholding that agency's decision to revoke the Bryans' certification as a foster care home. The brief of Appellants Bryan is due to be filed by March 15, 2006.

2. There remains pending in the Court of Common Pleas of Crawford County at A.D. 2003 - 1014, a civil proceeding which was filed at the same time as this federal action. Pleadings have not been filed in the companion state court proceeding.

Respectfully submitted,

CULBERTSON, WEISS, SCHETROMA and SCHUG, P.C.

By:     s/Alan R. Shaddinger
**Alan R. Shaddinger, Esquire**
Attorneys for Plaintiffs
911 Diamond Park
Meadville, Pennsylvania 16335
Phone: (814) 336-6500
Fax: (814) 336-6510
E Mail: ashadd@zoominternet.net
PA Bar #: PA27427