IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BRYAN, et al.,, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 03-259 Erie |
| | ) |
| ERIE COUNTY OFFICE OF CHILDREN | ) |
| AND YOUTH; et al., | ) |
| | ) **Electronically Filed** |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

Kindly substitute Deputy Attorney General Robert A. Willig for Craig E. Maravich, Senior Deputy Attorney General as counsel of record for Commonwealth of Pennsylvania, Department of Public Welfare, Michael Kazmer and John Petulla in conjunction with the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**

By:   s/Robert A. Willig
Robert A. Willig
Deputy Attorney General
Attorney I.D. No. 53581

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  May 9, 2006

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Substitution of Counsel was served upon the following via electronic filing and/or first-class mail on May 9, 2006.

Paul J. Walsh, III, Esquire
Pamela V. Collis, Esquire
Gulf Tower, Suite 1400
707 Grant Street
Pittsburgh, PA   15219

J. Eric Barchiesi, Esquire
One Oxford Centre, Suite 1225
301 Grant Street
Pittsburgh, PA   15219

George Joseph, Esquire
2222 West Grandview Boulevard
Erie, PA   16506

Mark E. Mioduszewski, Esquire
120 West 10th Street
Erie, PA   16501-1461

Alan R. Shaddinger, Esquire
Culbertson, Weiss, Schetroma & Schug
911 Diamond Park
Meadville, PA   16335

By:   /s/ Robert A. Willig
      Robert A. Willig
      Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  May 9, 2006