IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BRYAN and BONNIE BRYAN, husband and wife, individually and as parents and natural guardians on behalf of their minor child, KB and KB, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    C.A. No. 03-259 Erie<br>) |
| ERIE COUNTY OFFICE OF CHILDREN & YOUTH, et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

AND NOW, to-wit, this  28th   day of September, 2006, it is hereby ORDERED,

ADJUDGED AND DECREED THAT final judgment of this Court is entered pursuant to Rule

58 of the Federal Rules of Civil Procedure.

                                                   /s/ *Hon. Maurice B. Cohill, Jr.*
                                                   Maurice B. Cohill, Jr.
                                                   Senior United States District Court Judge

cc: counsel of record