# NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT <u>FOR THE WESTERN DISTRICT OF PENNSYLVANIA, Erie</u>
                          (District/State)                          (Location)

U.S. TAX COURT ( )                  CIRCUIT COURT
                                          DOCKET NO. _____
                                                            (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

PAUL BRYAN and BONNIE BRYAN, husband and wife, individually and as parents and natural guardians on behalf of their minor child, KB, and KB, Plaintiffs,
                      v.
ERIE COUNTY OFFICE OF CHILDREN & YOUTH, et al, Defendants.

DISTRICT ~~OF~~
~~TAX~~ COURT NO. <u>C.A. No. 03-259 Erie</u>
DISTRICT ~~OF~~
~~TAX~~ COURT
JUDGE <u>Maurice B. Cohill, Jr.</u>

Notice is hereby given that <u>Paul Bryan and Bonnie Bryan, individually and as parents and natural guardians of and on behalf</u>
                                  (Named party) of their minor child, KB,
appeals to the United States Court of Appeals for the Third Circuit from and KB, pro se

(X) Judgment   (X) Order   ( ) Other (Specify) _____
<u>2 Orders, one of which enters final Judgment, both</u>
entered in this action on   <u>9/28/06</u>
                             (date)

DATED: 10/27/06

*/s/ Paul Bryan  /s/ Bonnie J Bryan*

(~~Counsel for~~ Appellants - Signature)

<u>Paul Bryan and Bonnie Bryan, i/a as</u>
(Name ~~of Counsel~~ - typed) parents and
natural guardians of and on behalf of
their minor son, KB, and KB, Pro Se
<u>18681 Greytown Hills Road</u>
(Address)

<u>Cambridge Springs, PA   16403</u>
(City, State, Zip Code)

<u>(814) 398-2662</u>
(Telephone No. - U.S. Gov't FTS or Other)

**RECEIVED**

OCT 27 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

<u>See attached list</u>
(Counsel for Appellee)

_____
(Address)

_____
(City, State, Zip Code)

_____
(Telephone No. - U.S. Gov't FTS or Other)

Note: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.