## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS    CA. 03-259 E

I, Paul + Bonnie Bryan, do hereby request to leave to proceed in forma pauperis and state under oath that I am unable to pay the costs for commencement of this Appeal action, or to give security therefor, and that I believe I am entitled to redress. I futher state the following:

I am not employed [X]
or
I am employed by _____
and my salary is $ __0__ per _____

I have no other sources of income except the following (include public assistance, social security disability, or any other income not included above under employment and state the amount): Finacial Aid for College, Both Full Time Students At Edinboro, - Kenny gets $79 SSI per month Michael Recieves SSI + pays $325 per month

I have $ __100.__ IN CASH

I have the following funds in the bank:

| NAME OF THE BANK | TYPE OF ACCOUNT | AMOUNT |
|---|---|---|
| Mercer County Bank | Checking | $ 1,100 — (Loan for school) |
|  |  | $ |
|  |  | $ |

I own the following valuable property (include real estate, stocks, bonds, notes, automobiles, and other valuable property, but exclude ordinary household furnishings and clothing):

| | |
|---|---|
| 18681 Greytown (Home) | VALUE $85,200 — |
| 1995 Ford Van | $ 1,000 — |
|  | $ |
|  | $ |

I have the following debts:

| | |
|---|---|
| Mortgage | 875.00 — |
| Student Loans | 10,000 + |
|  |  |
|  |  |

I have the following dependents:

| NAME | RELATIONSHIP | AGE |
|---|---|---|
| Paul Bryan | Self | 59 |
| Bonnie Bryan | Spouse | 53 |
| Michael Bryan | Son (disabled) | 22 |
| Kenny Bryan | Son | 15 |

_Paul Bryan_
Plaintiff

_Bonnie J Bryan_

I declare under penalty of perjury that
the foregoing is true and correct.

Signed this _____ day of _____,

20_____.

_____
Plaintiff's Signature

## ORDER

AND NOW, this _____ day of _____, 20_____,

Motion granted.

_____
UNITED STATES DISTRICT JUDGE