## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

CA. 03-259 E

I, _Paul + Bonnie Bryan_, do hereby request to leave to proceed in forma pauperis and state under oath that I am unable to pay the costs for commencement of this _Appeal_ action, or to give security therefor, and that I believe I am entitled to redress. I further state the following:

I am not employed [X]
or
I am employed by _____

and my salary is $ ___0___ per _____

I have no other sources of income except the following (include public assistance, social security, disability, or any other income not included above under employment and state the amount):
_Financial Aid for College, Both Full time students at Ed. nboro, - Kenny gets $79 SSI per month_
_Michael Receives SSI & pays $325 per month_

I have $ __100.—__ IN CASH

I have the following funds in the bank:

| NAME OF THE BANK | TYPE OF ACCOUNT | AMOUNT |
|---|---|---|
| Mercer County Bank | Checking | $ 1,100 — (Loan for school) |
|  |  | $ |
|  |  | $ |

I own the following valuable property (include real estate, stocks, bonds, notes, automobiles, and other valuable property, but exclude ordinary household furnishings and clothing):

| | |
|---|---|
| 18681 Greytown (Home) | VALUE $ 85,200.— |
| 1995 Ford Van | $ 1,000 — |
| | $ |
| | $ |

I have the following debts:

| | |
|---|---|
| Mortgage  $75.00.— | |
| Student Loans 10,000+ | |
| | |
| | |

I have the following dependents:

| NAME | RELATIONSHIP | AGE |
|---|---|---|
| Paul Bryan | Self | 59 |
| Bonnie Bryan | Spouse | 53 |
| Michael Bryan | Son (Disabled) | 22 |
| Kenny Bryan | Son | 15 |

_____
Plaintiff *[signed] Paul Bryan*
*[signed] Bonnie J Bryan*

I declare under penalty of perjury that
the foregoing is true and correct.

Signed this _____ day of _____,

20_____.


_____
Plaintiff's Signature



**ORDER**

AND NOW, this __31st__ day of __October__, 20_06_,

Motion granted.

_____
*[signed] Maurice B. Cohill, Jr.*
UNITED STATES DISTRICT JUDGE