OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 10, 2008

Mr. Robert V Barth Jr.
United States District Court for the Western District of PA
P.O. Box 1820
Erie, PA 16501-0000

RE: Bryan, et al v. Children & Youth Ser, et al
Case Number: 06-4616
District Case Number: 03-cv-00259E

Dear Mr. Barth,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

(X) We return herewith the certified record in the case(s). (1 Jacket)
( ) We release herewith the certified list in lieu of the record in the case(s).

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

cc:   J. Eric Barchiesi, Esq.
      Terrence S. Carden, III, Esq.
      Pamela V. Collis, Esq.
      Jay P. Deratany, Esq.
      Jeffrey G. Mashni, Esq.
      Kemal A. Mericli, Esq.
      Mark E. Mioduszewski, Esq.

*Keith Lombardo*
September 11, 2008

**RECEIVED**
SEP 1 5 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Documents 1-44